# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 11-429 |
| v. | : | **WAIVER OF INDICTMENT** |
| DANIEL SPITLER | : | |

I, Daniel Spitler, the above-named defendant, who is charged with conspiring to access a computer without authorization and obtain information from a protected computer in furtherance of a criminal violation of the laws of the State of New Jersey, contrary to 18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(B)(ii), in violation of 18 U.S.C. § 371; and with committing fraud in connection with personal information by possessing, without lawful authority, means of identification of other persons in connection with unlawful activity, contrary to 18 U.S.C. §§ 1030(a)(2)(C), in violation of 18 U.S.C. § 1028(a)(7), being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on 6/23/11

prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant Daniel Spitler

_____
Susan Cassell, Esq.
Counsel for Defendant

Before: _____
HONORABLE SUSAN D. WIGENTON
United States District Judge