```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW JERSEY
                 MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: June 23, 2011

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski

OTHER: _____

Title of Case:                            Docket # 11-429-01

U.S.A. v. DAVID SPITLER

Appearances:
Zach Intrater, AUSA for the Gov't
Susan Cassell, Esq. for the dft

Nature of proceedings: **PLEA TO INFORMATION**
Defendant sworn.
Info fld.
Waiver of indictment fld.
Rule 11 fld.
Plea agreement fld.
Sentencing set for 9/28/11 at 12:00 p.m.
Dft moved to have bail conditions modified;
Ordered application to be discussed with Pretrial Services and then taken to a Magistrate Judge.
Ordered bail continued.



Time Commenced  11:40 a.m.
Time Adjourned  11:55 a.m.



cc: chambers                              Antigone Owens-Krefski
                                              Deputy Clerk