

419 Lucille Court
Ridgewood, NJ 07450
cassell.susan@gmail.com

RECEIVED
JUL 0 7 2011
CHAMBERS OF
HONORABLE SUSAN D. WIGENTON

Tel & Fax 201-445-3894
Admitted in NJ, NY & CA
www.legalbeagle.com

Honorable Susan B. Wigenton
U.S. District Court Judge
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07201

July 6, 2011

Re: USA v. Daniel Spitler, 11 Cr. 429

Dear Judge Wigenton,

    Upon reviewing the Rule 11 form which was signed in Court on June 23, 2011, there appears to be an inadvertent error in paragraph 37. Although the paragraph correctly reflects that the "plea agreement does contain stipulations agreed to by the parties," none of the three options set forth thereafter should have been checked. Inadvertently, option one was checked, and that is an error. Mr. Intrater and I jointly request that the Rule 11 be corrected to accurately reflect the agreement between the parties.

    I apologize for any inconvenience this may cause.

Respectfully submitted,

Susan C. Cassell
Attorney for Daniel Spitler

Consented to:

_____
Asst. U.S. Attorney Zach Intrater