UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 11-Cr. 429 (SDW) |
| v. | : | |
| DANIEL SPITLER, et al. | : | CONSENT ORDER |
| | : | |

It is hereby Stipulated and Agreed by and between the parties hereto, namely the defendant, Daniel Spitler, by his attorney Susan C. Cassell, and the United States, by Zach Intrater, Assistant United States Attorneys, with the approval of PTS Officer Kelly Fernandez, subject to the approval of the Court, that the conditions of defendant, Daniel Spitler's bail be modified in the following manner:

(1) Defendant Daniel Spitler shall be permitted to partake of alcohol beverages, shall have free use of the internet for all lawful purposes, shall be permitted to travel in and through the fifty United States with the permission of Pre-Trial Services.

All other terms and conditions of the defendant's bail conditions shall remain in full force and effect.

/ s/ Zach Intrater                         /s/ Susan C. Cassell

Zach Intrater, Esq.                        Susan C. Cassell, Esq.
Asst. U.S. Attorney                        Attorney for Daniel Spitler

SO ORDERED:

Dated: July 21, 2011    Hon. Susan D. Wigenton
                        United States District Court Judge